# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF GRANDVIEW, MISSOURI, ) <br> a Missouri Municipal Corporation, ) <br>                                 Plaintiff, ) <br> v.                                         ) <br>                                           ) <br> JOHN P. RYAN, JR.; LINDA C. RYAN; ) <br> GARY BARNES, Trustee in Bankruptcy; ) <br> HILLCREST BANK; FEDERAL SIGN, INC.; ) <br> FEDERAL SIGNAL CORPORATION; ) <br> INTERNAL REVENUE SERVICE; ) <br> MISSOURI DEPARTMENT OF REVENUE; ) <br> JACKSON COUNTY, MISSOURI, COLLECTION ) <br> DEPARTMENT; and KANSAS CITY SOUTHERN ) <br> RAILWAY; MARK RENAU d/b/a Renau Construction; ) <br> and VANTAGE LAND CO., LLC, ) <br>                                 Defendants. ) | No. 03-0980-CV-W-DW |

## ORDER

Before the Court is the joint stipulation for payment of condemnation expenses. (Doc. No. 118.) In the stipulation, the parties of interest request that the Court order the Clerk to issue the following payments drawn from the Registry of the Court established for Tract 1.

    (1) $15,675.00 payable to Walter O'Toole for legal services and reimbursement of payments to Metropolitan Appraisal Services for appraisal services;

    (2) $1,000 payable to John C. Dunn & Company for appraisal services;

    (3) $1,796.71 payable to E.A. Axtell, Jr. & Company for appraisal services;

    (4) $1,017.50 payable to Lloyd L. Messick for services as an arbitrator.

Because all of the parties that possess (or claim to possess) an interest in the Tract 1 funds stipulate to the above payments, the Court hereby orders the Clerk to pay the amounts listed above to the named persons. It shall be the responsibility of the named persons to obtain the monies from

the Clerk of the Court.

    IT IS SO ORDERED.

                                      /s/ DEAN WHIPPLE
                                          Dean Whipple
                                    United States District Court

Date:  June 1, 2005