IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

CITY OF GRANDVIEW, MISSOURI )
)
        Plaintiff (s) )
)
vs. )    Civil No. 03-0980-CV-W-DW
)
)
JOHN P. RYAN, JR., ET AL. )
        Defendant (s) )

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: Defendant United States of America's motion for summary judgment is **GRANTED**.

                                                       PATRICIA L. BRUNE, CLERK

Date: July 8, 2005                                       By: /s/ Y. Johnson
                                                                       Deputy Clerk